

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN E. COOPER, M.D.<br>for himself and on behalf of the<br>United States of America<br>　　　　　　　　　Relator,<br><br>v.<br><br>POTTSTOWN HOSPITAL CO., LLC<br>d/b/a POTTSTOWN MEMORIAL<br>MEDICAL CENTER<br>　　　　and<br>COMMUNITY HEALTH SYSTEMS, INC.<br><br>　　　　　　　　　Defendants | CIVIL ACTION NO. 13-01137(NS)<br><br>JURY TRIAL DEMANDED |

FILED
AUG -5 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION

AND NOW, this 31st day of July, 2014, it is hereby stipulated and agreed by the parties, through their respective counsel, that:

1. Within five (5) days of the date of the Court's approval of this Stipulation, Plaintiff shall file and serve an Amended Complaint in the form attached hereto as Exhibit "A";

2. Pursuant to the said Amended Complaint, and Fed.R.Civ. P. 15(a), 15(c) and 20, Community Health Systems Professional Services Corporation ("CHSPSC") shall be joined and substituted as a Defendant in place of Community Health Systems, Inc. ("CHSI");

3. All amendments set forth in the Amended Complaint that pertain to CHSPSC shall relate back to the date of filing the Plaintiff's original Complaint;

5. Upon the filing of the Amended Complaint, CHSI's pending Motion to Dismiss Plaintiff's Complaint pursuant to Fed.R.Civ. 12(b) (Doc. 27) shall be marked WITHDRAWN,

and all of Plaintiff's claims against CHSI pleaded in the original Complaint shall be DISMISSED WITHOUT PREJUDICE; and

6. Defendant Pottstown Hospital, Co., LLC's pending Motion to Dismiss Plaintiff's Complaint (Doc. 28) shall be MOOTED by the filing of Plaintiff's Amended Complaint. Defendants shall respond to the Amended Complaint within the time permitted under Fed.R.Civ.P. 12.

_____
Robert A. Davitch, Esq.
Wade A. Albert, Esq.
**Sidkoff, Pincus & Green, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA 19107

_____
John N. Joseph, Esq.
Post & Schell, P.C.
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103

Counsel for Defendant
Pottstown Hospital Co., LLC

_____
Alison C. Barnes (admitted pro hac vice)
**Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP**
1801 K Street N.W., Suite 411-L
Washington, DC 20006

Counsel for Defendant
Pottstown Hospital Co., LLC

_____
Stuart T. O'Neal, Esq.
**Burns White, LLC**
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428

Attorney for Defendant
Community Health Systems, Inc.

APPROVED BY THE COURT AND SO ORDERED ON THIS 5th DAY OF ~~JULY~~ August, 2014.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.

ENTERED
AUG -5 2014
CLERK OF COURT

2