IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALAN E. COOPER, M.D.,** | : | **CIVIL ACTION** |
| For himself and on behalf of the United | : | |
| States of America | : | |
| | : | |
| v. | : | |
| | : | |
| **POTTSTOWN HOSPITAL CO., LLC** | : | |
| d/b/a **POTTSTOWN MEMORIAL** | : | |
| **MEDICAL CENTER** | : | |
| | : | **No. 13-01137** |
| and | : | |
| | : | |
| **COMMUNITY HEALTH SYSTEMS** | : | |
| **PROFESSIONAL SERVICES** | : | |
| **CORPORATION** | : | |

## ORDER

AND NOW, this 12th day of March, 2015, upon consideration of plaintiff-relator Alan E. Cooper, M.D.'s amended *qui tam* complaint (paper no. 36), Community Health Systems Professional Services Corporation's motion to dismiss (paper no. 42), Pottstown Hospital Co., LLC's motion to dismiss (paper no. 43), plaintiff-relator's responses in opposition (papers no. 45 and 46), Community Health Systems Professional Services Corporation's sur-reply in support of its motion to dismiss (paper no. 53), and oral argument on the motions to dismiss, and for the reasons stated in the accompanying memorandum of today's date, it is **ORDERED** that:

1. Pottstown Hospital Co., LLC's motion to dismiss (paper no. 43) is **GRANTED**. The claims against Pottstown Hospital Co., LLC are **DISMISSED WITH PREJUDICE**.

2. Community Health Systems Professional Services Corporation's motion to dismiss (paper no. 42) is **GRANTED**. The claims against Community Health Systems Professional Services Corporation are **DISMISSED WITH PREJUDICE**.

                                                              /s/ Norma L. Shapiro
                                                                            J.